# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:21-mj-57 |
| v. | ) | |
| | ) | |
| PAULINE BAUER | ) | |

## REFUSAL OF COUNSEL

I, THE UNDERSIGNED, HEREBY CERTIFY THAT THE FOLLOWING FACTS ARE TRUE:

1. I have been fully advised of my Constitutional rights to be represented by an attorney at every stage of the proceedings in this cause, and that if I am financially unable to employ an attorney, the Court will appoint an attorney to represent me in these proceedings and at all further proceeding in this case.

2. I am of sound and disposing mind, and possessed with full knowledge and understanding of the charges pending against me in this case.

3. Of my own free will, I do hereby refuse and waive assistance of an attorney and choose to proceed without benefit of counsel at these proceedings and at all further proceedings in this case.

Dated: May 19, 2021

~~Signature of~~ Defendant *PAL*
By Pauline Bauer, without prejudice

## MAGISTRATE JUDGE'S CERTIFICATE

I, Richard A. Lanzillo, United States Magistrate Judge for the Western District of Pennsylvania, certify that the defendant has been advised of her right to employ or have counsel appointed for her and has stated that she waives and refuses the appointment of counsel.

*[signature]*
RICHARD A. LANZILLO
United States Magistrate Judge