AO 91 (Rev. 11/11)  Criminal Complaint

*June 8  10:15 AM*

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| William Blauser, Jr. | ) | Case No. 21-57 |
| DOB: 1/24/1947 | ) | |
| & | ) | *Exhibit 2* |
| Pauline Bauer | ) | |
| DOB: 6/4/1967 | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the
_____ in the District of _____ Columbia _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, ...(BAUER) | |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, ...(BAUER/BLAUSER) | |
| 18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds, (BAUER/BLAUSER) | |
| 40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds, ...(BAUER/BLAUSER) | |
| 40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds....(BAUER/BLAUSER) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Michael Shaffer_       _Brent White_
*Complainant's signature*

Michael Shaffer, Special Agent ; and Brent White, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 05/18/2021 _____

Digitally signed by G.
Michael Harvey
Date: 2021.05.18 17:24:22
-04'00'
*Judge's signature*

City and state: _____ Washington, D.C. _____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since August 2003. As part of my duties, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. I am authorized by law or by a Government agency to engage in the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, reports, and files. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" dates.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public. I am assisting in the investigation and prosecution of events which occurred at the United States Capitol on January 6, 2021.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol police were present and attempting to keep the crowd away from the Capitol building. Also, the certification proceedings were underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there, including Pauline Bauer as discussed below.

The Federal Bureau of Investigation ("FBI") is investigating Pauline Bauer ("BAUER") regarding her involvement in entering the U.S. Capitol building on January 6, 2021, and the investigation concerns possible violations of, *inter alia*, 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 1752(a)(1) & (2), and 40 U.S.C. § 5104(e)(2)(C)(i),(D) & (G).

**Witnesses:** Since the events at the U.S. Capitol, the FBI has received information from Witness #1 - #6, who provided information regarding BAUER's potential involvement in entering the Capitol.

a. **_Witness #1:_** On or about January 7, 2021, Witness #1 submitted an anonymous electronic tip to the FBI National Threat Operation Center, advising that Pauline BAUER and William Blauser, from Kane, PA, were part of the mob that broke into the Capitol building to disrupt the electoral votes. According to Witness #1, BAUER and William Blauser took several photos on their phone after they stormed the Capitol. Witness #1 did not provide any identifying information, but the IP address used to submit the online tip resolved back to Kane, Pennsylvania. Further investigation determined that both BAUER and William Blauser reside in the area surrounding Kane, Pennsylvania.

b. **_Witness #2:_** On or about January 7, 2021, Witness #2 submitted an electronic tip to the FBI National Threat Operations Center regarding BAUER's presence inside the Capitol on January 6, 2021. Specifically, Witness #2 stated that s/he observed a post on Facebook by BAUER on another individual's Facebook account. Witness #2 included BAUER's personal Facebook page with public posts as https://www.facebook.com/pauline.bauer.568, and that BAUER may be affiliated with Bob's Trading Post near Kane, PA. Witness #2 also stated that, in the post/comment, BAUER admitted to being inside the Capitol, and provided the following link to the post https://www.facebook.com/[******]/posts/10219274446195459. In addition, Witness #2 stated that BAUER posted a comment, stating "We took over our capital [sic] like patriots," but that the post was removed by Facebook for violating community standards of promoting violence.

c. **_Witness #3:_** Witness #3 submitted an electronic tip to the FBI National Threat Operations Center. On February 8, 2021, law enforcement interviewed Witness #3 regarding the electronic tip. Witness #3 indicated that BAUER owns or works at a restaurant called Bob's Trading Post, which is near Red Bridge campground.

In Witness #3's electronic tip, s/he stated that, on January 6th, Witness #3 was reading the page of a Facebook friend, Individual #1, and that Individual #1 was commenting about the activities at the Capitol building and the destruction being done. Witness #3 also observed an individual with the name Pauline BAUER write a comment, stating that she was at the Capitol and she was inside. Witness #3 provided the following screenshot from Individual #1's Facebook page to law enforcement:



Law enforcement subsequently viewed the Facebook account of Individual #1's and observed the following posts:



**Pauline Bauer**
I am at the capital and was inside. No of us are armed just pissed that this is what we have to do to take our country back from communism

Like  4y                                                5



**Pauline Bauer**
Do you really think anyone could break into the capital. The antagonists were let in. We all got maced trying to stop what was happening. They used us for a movie so you could watch it on the news

Like  4y                                                3



Witness #3 stated that s/he is not Facebook friends with BAUER, but visited BAUER's Facebook page, where Witness #3 observed that BAUER had photos of herself and other individuals on their way to the Capitol building on January 6th.

d.   **Witness #4:**  On January 7, 2021 the FBI received a tip from Witness #4 through the FBI Office of Public Affairs Digital Media Tips website, who included the following statement:

"Sandy Pomeroy Weyer entered in the Capitol on Jan 6th with Bill Blauser and Lynn Nester. I have screen shots of Sandy stating she stormed the Capitol. She also had a live however Facebook took it down. sandy also stated she has no fear when asked if gets in trouble with the police."

Witness #4 also attached a screen capture of a photograph posted on Facebook that appears to be taken on January 6, 2021. The photo consists of six persons posed on one of the east side balconies of the Capitol Building, with the United States Supreme Court building and the Jefferson Building visible in the background. The caption above the image reads, "*Sandy Pomeroy Weyer is with Bill Blauser and 2 others in Washington D.C.*"





In the photograph, the male standing to the far right in the photographs was later identified as William Blauser.  Blauser is dressed in light-colored pants, a white t-shirt with a graphic design on the front, a camaflague jacket and a baseball cap with the word "Trump" on the front of the cap.  In addition, Blauser has a full white-beard and an object that appears to be a cellphone in his left hand.  To the right of William Blauser is a woman dressed in a dark-colored jacket, and a red/white/blue knit hat with a pom-pom on top, and long brown hair, who was later identified as Pauline BAUER.

The Facebook profile provided by Witness #4 indicated the subject was Sandy Pomeroy Weyer with a Facebook name: "Sandy Pomeroy Weyer."[1]  On or about on March 16, 2021, a search warrant associated with that account was submitted to Facebook, Inc via the Law Enforcement Facebook Portal.  On or about on the same date, Facebook returned the data through the Law Enforcement Facebook Portal, and a review of that data was conducted and found videos and photographs of a woman who appeared to be Weyer both outside and inside the Capitol during

---

[1]      On or around January 29, 2021, a Grand Jury Subpoena was served to Facebook for accounts associated with "Sandy Pomeroy Weyer." Facebook records identified two associated accounts: 100015433067547 and 100061592379425. Facebook records also identified phone number +17178022147 as being affiliated with the accounts. On February 11, 2021, Facebook provided subscriber information for account: 100015433067547 which listed a registration date of February 28, 2017, and a closure date of January 9, 2021. The name associated with the account is listed as Sandy Pomeroy Weyer and the account was verified, meaning the account holder responded to a text message sent to the telephone number +17178022147. On February 11, 2021, Facebook also provided subscriber information for account: 100061592379425, which listed a registration date of January 8, 2021 – one day prior to the deletion of the account associated with Sandy Pomeroy Weyer. The name associated with the new account is listed as Sandy Sue and the account was verified on January 8, 2021, at 14:39:43 UTC using the cell phone number +17178022147 – the same phone number used to verify the account associated with Sandy Pomeroy Weyer.

the riots on January 6, 2021. In addition, a review of the list of Facebook friends from the account associated with Weyer showed she is friends with Pauline BAUER. A review of the content found a group Facebook chat from UTC Time January 6, 2021, 2:17:50 that included the names of Bill Blauser and Pauline BAUER.

On January 5, 2021, Weyer posted the below photo on Facebook that included Pauline BAUER wearing the red/white/blue knit hat with a pom-pom on the top, and tagged Pauline BAUER's Facebook profile.



Witness #4 also provided another image that was posted on January 7, 2021, on the same Facebook account. It appears to be the same group of persons, including both William Blauser and BAUER, in front of the Capitol building, with a time-stamp of "yesterday at 5:50 p.m.," and believed to be refering to January 6, 2021.



***Witness #5:***  On or about January 18, 2021, Witness #5 submitted an electronic tip to the FBI National Threat Operation Center, along with a photo and wrote, "I know a guy from our town of Kane,Pa that was in the Capital building.  He has taken videos and they are bing [sic] passed around."

On February 4, 2021, law enforcement interviewed Witness #5, who has known William Blauser for over five years, and had opportunities to view him in person and become familiar with his physical appearance prior to the January 6th events.  Witness #5 stated that Blauser uses Facebook and his username is "bill.blauser.3."  Witness #5 also knows BAUER and had opportunities to view her in person and become familiar with her physical appearance prior to the January 6th events. Specifically, Witness #5 stated that s/he frequents a local restaurant called Bob's Trading Post that is run by BAUER and her husband, Jeff Bauer.  Witness #5 stated that Pauline BAUER became more and more political over the past year, and began losing business because people were uncomfortable about her constant political rhetoric.  Witness #5 stated that Pauline Bauer's husband recently told Witness #5 that Pauline Bauer entered the Capitol building, but that she did not hurt anybody or do anything violent.

Witness #5 also reported that he/she had heard that two buses of people from Elk County, Pennsylvania, and the surrounding areas went to the "Stop the Steal" rally in Washington, D.C. on January 6, 2021.  Witness #5 stated that s/he heard William Blauser was also in the Capitol Building.

Witness #5 provided law enforcement copies of the videos that s/he referenced in her/his online tip.  Witness #5 stated that s/he received the videos from Witness #6, who is another associate of Witness #5's that attended the January 6, 2021, events in Washington, D.C.  The videos consisted of recordings of the events of January 6, 2021, and Witness #5 stated that s/he recognized Pauline BAUER's voice in one of the videos.

e.     ***Witness #6:***  On February 9, 2021, the FBI interviewed Witness #6 about the events of January 6, 2021.  Witness #6 confirmed that s/he traveled to Washington, D.C. to attend the rally with several associates.  Witness #6 provided law enforcement copies of the videos from January 6, 2021.  A review of the videos provided by Witness #6 revealed that some of the videos were shot from the steps of the Capitol and from inside the Capitol Building in the Rotunda area. In one of the videos that was recorded from the Capitol steps, the video panned the crowd and BLAUSER is recorded in the foreground of the video, wearing the same camouflage jacket and baseball cap with the word "TRUMP" seen in other photographs taken on January 6, 2021.

Exhibit 2




Witness #6 acknowledged that "Pauline" attended the rally as well, and while Witness #6 declined to provide the last name of "Pauline," Witness #6 did not deny that her last name was BAUER. Witness #6 stated that "Pauline" arranged for buses to travel to Washington, D.C. An individual associated with Witness #6, who was present for a portion of the interview, referenced PAULINE as being associated with Bob's Trading Post restaurant.[2]

Witness #6 stated that "Pauline" sent several videos to him/her, and some of these videos appear to have been taken inside the Capitol building. Witness #6 provided copies of the videos to law enforcement, and as discussed below, some of these videos appear to be taken from the

[2] Law enforcement conducted an open source record checks on Bob's Trading Post Facebook page, and on December 22, 2020, Pauline Bauer updated the event cover photo in Mega million Rally in DC Bus Trip. In the Details section, it stated, "Day trip to Washington DC on January 6, 2021 for the mega million rally. Need 51 people to fill a bus....Contact Pauline at 724-816-2088."



same location that "Pauline," and Blauser were seen in the body-worn camera videos --- but from the vantage point of Blauser and Pauline BAUER (rather than the MPD officer's vantage point). The screenshot below is from one of the videos that PAULINE sent to Witness #6.



**Capitol building video-surveillance footage:**   I have reviewed portions of some surveillance video of the interior of the Capitol buildings, including the east Rotunda door entry and inside the Rotunda area.  At approximately 2:43 p.m., William Blauser and BAUER are recorded entering the Capitol building via the east Rotunda door.  At the time of BAUER's entry, there were at least three police officers in the area of the door attempting to stop the crowd from entering the building.  As he entered through the doorway, William BLAUSER walked backwards, pushing his way through the crowd and police to enter the building.







At approximately, 2:44 p.m., William Blauser and BAUER entered the Rotunda.




At approximately 3:02 p.m., William Blauser and BAUER were recorded by the South entrance to the Rotunda and both William Blauser and BAUER appear to be involved in a brief skirmish with law enforcement.



After the police forced the crowd out of the Rotunda area, William Blauser was observed exiting the building with BAUER at approximately 3:21 PM.



**Body-worn camera video**: I have reviewed some of the body-worn cameras worn by members of the Metropolitan Police Department ("MPD") standing inside the Capitol Rotunda, in an effort to deny the individuals the ability to maneuver through the Rotunda. Numerous body-worn cameras recorded a person inside the Rotunda area of the U.S. Capitol Building on January 6, 2021, later identified as Pauline BAUER, wearing a dark colored jacket, a dark knit style hat with a pom-pom on top, with red and white stripes and possibly stars.



At approximately 2:57 p.m., one of the body-camera videos recorded another individual saying words to the effect of "This is where we find Nancy Pelosi . . . ." BAUER is then recorded saying words to the effect of "Bring that fucking bitch out here now.  Bring her out. Bring her out here.  We're coming in if you don't bring her out."  Soon after, MPD officers

attempted to deny individuals access to the hallway entrance that resulted in a brief confrontation, and BAUER is recorded stating words to the effect, "You back up. Don't even try." The following are two still pictures from the body-worn footage:





In another body-worn camera video, BAUER is recorded stating words to the effect of the following: "Bring them out. We want them out here...You bring them out or we're coming in. Bring them out now. They're criminals. They need to hang.. Bring her out.. Bring Nancy Pelosi out here now. We want to hang that fucking bitch. Bring her out.  We're coming in if you don't bring her out.. What are you trying to protect a fucking Nazi. Is that what you're protecting? "

In several MPD body-worn camera videos, BAUER is recorded with a large group of individuals inside the Capitol Rotunda, while holding what appears to be a digital device in her hand.



**Identification:**  On April 21, 2021, I met with Witness #5 and Witness #5 viewed several photographs, including some of the above-mentioned still photographs from the Capitol video-surveillance footage and the body-worn camera videos.  After viewing each photograph, Witness #5, identified the woman dressed in a dark-colored jacket, and a red/white/blue knit hat with a pom-pom on top, and long brown hair, as Pauline BAUER.

In addition, I obtained a copy of Pauline BAUER's Pennsylvania's driver's license that contained a photograph of Pauline BAUER, and also reviewed the above-discussed images from the Facebook posts, the video-surveillance footage, and the body-worn camera videos that were worn by MPD officers inside the Capitol building during the events on January 6, 2021.  Your affiant compared the images from the various sources and BAUER'S driver's license photograph, and they appear to be the same person.

**Target Offenses:**  Based on the foregoing, your affiant submits that there is probable cause to believe that Pauline BAUER violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Pauline BAUER violated 40 U.S.C. §§ 5104(e), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a

hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Finally, your affiant submits there is probable cause to believe that Pauline BAUER violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

Respectfully submitted,

Brent R. White
FBI – Special Agent

814-452-2571

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of May 2021.

Digitally signed by G. Michael Harvey
Date: 2021.05.18 17:25:02 -04'00'

G. MICHAEL HARVEY,
U.S. MAGISTRATE JUDGE